# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| ANITA L. DOHERTY | : | Case No. 1:05cv158 |
| | : | J. Spiegel |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| FLUOR FERNALD, INC. | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All matters in controversy between the parties having been resolved, the parties hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1) that the above action be dismissed with prejudice, each party to bear their own costs and attorney fees.

Respectfully submitted,

/s/ Elizabeth S. Loring
Elizabeth S. Loring (0076542)
Randolph H. Freking (0009158)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975/FAX: (513) 651-2570
*eloring@frekingandbetz.com*
*randy@frekingandbetz.com*


/s/ Mark L. Sucher
Mark L. Sucher (0065885)
General Counsel
Fluor Fernald, Inc.
P.O. Box 538704, Mail Stop 99
Cincinnati, Ohio 45253-8704